# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

Bridget M. McCormack,
Chief Justice

160111

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 160111
COA: 349062
Ingham CC: 18-000054-FC

AMBER SHAUNAMARIE KOHLS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 1, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk

p0122